UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| JUAN ISMAEL GONZALEZ,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN BRAZELTON,<br><br>        Respondent. | ) ) ) ) ) ) ) ) ) ) ) | NO. CV 13-2255-AB (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Amended Report and Recommendation of United States Magistrate Judge. On April 28, 2016, Petitioner filed objections to the Magistrate Judge's initial Report and Recommendation. See Docket Entry No. 94. The amended Report and Recommendation, issued on May 24, 2016, addresses those objections. See Docket Entry No. 97 at 2. Petitioner has not filed any objections to the amended Report and Recommendation. Nevertheless, the Court has made a de novo determination of the portions of the Report and Recommendation to which Objections were directed and concurs with and accepts the findings and conclusions of the Magistrate Judge in the Amended Report and Recommendation.

**IT IS ORDERED** that Judgment be entered denying and dismissing the Petition with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 1, 2016.

_____
ANDRÉ BIROTTE JR.,
UNITED STATES DISTRICT JUDGE