**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JUAN ISMAEL GONZALEZ, | NO. CV 13-2255-AB (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN BRAZELTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 1, 2016.

_____
ANDRÉ BIROTTE JR.,
UNITED STATES DISTRICT JUDGE